HELEN G. ROSENTHAL, Plaintiff, *v.* LENA SCHAEFER, as Administratrix of SAMUEL SCHAEFER, Deceased, Defendant.

Supreme Court, New York County, February 22, 1927.

Pleadings — complaint — complaint reciting plaintiff "has duly complied with all the terms * * * and conditions upon her part" insufficient within meaning of Rules of Civil Practice, rule 92 — complaint dismissed with leave to amend.

The complaint in this action, which alleges that the plaintiff "has duly complied with all the terms, covenants and conditions upon her part to be performed in accordance with the terms" of a lease, is insufficient, since it fails to conform with rule 92 of the Rules of Civil Practice which requires a pleader to allege that he " duly performed all the conditions of such contract on his part," and is strictly construed. Plaintiff is given leave to amend.

MOTION to dismiss the complaint on the gound of insufficiency.

*Albert & Albert,* for the plaintiff.

*S. Wolbarst,* for the defendant.

VALENTE, J.   The complaint is attacked on the ground of insufficiency of allegation of performance of conditions precedent. The clause attacked reads: " That the plaintiff herein, the landlord and lessor described in said lease, has duly complied with all the terms, covenants and conditions upon her part to be performed in accordance with the terms of the said lease."

Rule 92 of the Rules of Civil Practice requires that the pleader allege that he " duly performed all the conditions of such contract on his part." It has been very strictly construed. I might say, paraphrasing the language of Presiding Justice KELLY in *Berger* v. *Urban Motion Picture Industries, Inc.* (206 App. Div. 379, 383), I am not prepared to say that " complied with " is not synonymous with ." performed." "At any rate," he continues, " there is the plain language of the statute; it is easy to comply with it, if a plaintiff desires to take advantage of the rule, and I am not in favor of introducing variations and excuses and unsettling the law as laid down in the authorities."

The motion is granted, without costs, with leave to amend within twenty days of the entry of the order, issue to remain as of the original date.   Settle order.